

**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jaimini A. Vyas**
*Assistant Corporation Counsel*
Phone: 212-356-2079
Email: jvyas@law.nyc.gov

July 12, 2024

**BY ECF**

Magistrate Judge Ona T. Wang
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 20D
New York, NY 10007

    Re:   *D.H. et ano. v. New York City Dep't of Education*, 24-cv-4575-DEH-OTW

Dear Judge Wang:

This office represents Defendant New York City Department of Education in the above-captioned action. I write respectfully to request an extension of approximately 45 days from the current deadline of July 13, 2024, until August 27, 2024, for Defendant to respond to the Complaint in this matter and apologize for the tardiness of this request.

If granted, the extension will enable my client to adequately investigate and appropriately address the allegations in the Complaint. No previous request for an extension has been made by Defendant and there are no existing deadlines in the case that will be impacted by the requested extension. Plaintiffs' counsel consents to this request.

Thank you for Your Honor's consideration of this request.

Respectfully submitted,

*Jaimini A. Vyas*
*Assistant Corporation Counsel*

cc:    Plaintiffs' counsel (via ECF)