UNITED STATES DISTRICT COURT
<u>SOUTHERN DISTRICT OF NEW YORK</u>

D.H., et al,

                Plaintiffs,

        -against-                                      24 Civ. 4575 (DEH) (OTW)

NEW YORK CITY DEPARTMENT OF EDUCATION,        ORDER TO STRIKE

                Defendant.

---

**ONA T. WANG**, **United States Magistrate Judge:**

The Court respectfully directs the Clerk of Court to **strike document number 12 from the docket.**

**SO ORDERED.**

Dated: October 24, 2024                               _s/ Ona T. Wang_
       New York, New York                       **Ona T. Wang**
                                                          United States Magistrate Judge