UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

D.H. and A.H., individually and on behalf of H.H.

        Plaintiffs-Appellants,

-against-                               **ORDER**

New York City Department of Education,     24-cv-4575 (DEH)(OTW)
        Defendant-Appellee.

---

    IT IS HEREBY ORDERED that the Office of State Review of the New York State Education Department shall provide a certified copy of the administrative record in Office of State Review Appeal No. 23-292 to counsel for Plaintiffs, Jesse Cole Cutler, Skyer & Associates, L.L.P., 142 Joralemon Street, Suite 1120, Brooklyn, NY 11201; and

    IT IS FURTHER ORDERED that upon receipt of the certified record from the Office of State Review, Plaintiffs' counsel shall provide a copy of such record to counsel for the Defendant, and shall file the certified record with the Court under seal pursuant to Federal Rule of Civil Procedure 5.2(d).

    SO ORDERED.

                                                          ONA T. WANG
                                                          U.S.M.J.

DATED:    New York, New York
               November 20, 2024