**MEMO ENDORSED.**



**MURIEL GOODE-TRUFANT**
*Acting Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Jaimini A. Vyas**
*Assistant Corporation Counsel*
Phone: 212-356-2079
Email: jvyas@law.nyc.gov

November 21, 2024

**BY ECF**

Magistrate Judge Ona T. Wang
United States District Judge
Southern District of New York
500 Pearl St., Courtroom 20D
New York, NY 10007

　　　　Re:　D.H. et ano. v. New York City Dep't of Education, 24-cv-4575-DEH-OTW

Dear Judge Wang:

　　This office represents Defendant New York City Department of Education in the above-captioned action. I write respectfully with Plaintiffs' counsel pursuant to the Court's Orders during the November 19, 2024 Initial Pretrial Conference and Dkt. 20, to propose the following briefing schedule regarding Plaintiffs' anticipated motion on the limited evidentiary question of whether certain documents, which were discussed at the conference, should have been admitted at trial in the underlying administrative action:

　　　　December 27, 2024:　Joint stipulation of facts in connection with
　　　　　　　　　　　　　　Plaintiff's limited evidentiary motion

　　　　January 10, ~~2024~~ 2025 /otw:　Plaintiffs move to preclude the documents

　　　　January 20, 2025:　Defendant opposes

　　　　January 30, 2025:　Plaintiffs reply to Defendant's opposition

　　Thank you for Your Honor's consideration of this request.

                                                  Respectfully submitted,

                                                  Jaimini A. Vyas
                                                  Assistant Corporation Counsel

cc:      Plaintiffs' counsel (via ECF)

Application **GRANTED**.

**SO ORDERED.**

_____
Ona T. Wang
U.S.M.J. 11/22/2024