**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
D.H. and A.H., individually and on behalf of H.H.,

        Plaintiffs,

        -against-

NEW YORK CITY DEPARTMENT OF EDUCATION,

        Defendant.
---------------------------------------------------------------x

24-cv-4575 (JAV)(OTW)

**OPINION & ORDER**

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF Nos. 27 – 31.

A motion *in limine* refers to "any motion, whether made before or during trial, to exclude anticipated prejudicial evidence before the evidence is actually offered." *Luce v. United States*, 469 U.S. 38, 40 n.2, (1984). It is, therefore, properly brought before a trial court. Indeed, a decision on a motion *in limine* is "subject to change when the case unfolds, particularly if the actual testimony differs from what was [expected]." *Id*. at 41.

In the instant case, Defendant makes a motion *in limine* to both exclude evidence that was already offered before a State Review Officer and to, in effect, exclude it from the Court's review of that State Review Officer's decision, in which this Court functions in an appellate capacity. Both are entirely inappropriate uses for a motion *in limine*. Defendant's arguments in ECF 27 should be properly made as part of a summary judgment motion.

Accordingly, Defendant's motion is **DENIED** as premature. The parties are directed to meet and confer and submit a joint letter no later than **September 30, 2025**, suggesting a briefing schedule for Defendant's motion for summary judgment.

The Clerk of Court is respectfully directed to close ECF 27.

**SO ORDERED**.

Dated: September 3, 2025
New York, New York

_/s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge

2