**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| D.H., et al.,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | 24-cv-4575 (JAV) (OTW)<br><br>**ORDER TO STAY** |

**ONA T. WANG, United States Magistrate Judge:**

This action is hereby **STAYED** *sine die* pending the filing of parties' Rule 56.1 Statements pursuant to the Court's August 12, 2026, Order to Show Cause. (ECF 47).

**SO ORDERED.**

Dated: August 14, 2026
New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge