**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| D.H., et al.,<br><br>Plaintiff,<br><br>-against-<br><br>NEW YORK CITY DEPARTMENT OF EDUCATION,<br><br>Defendant. | 24-cv-4575 (JAV) (OTW)<br><br>**ORDER** |

**ONA T. WANG, United States Magistrate Judge:**

The Court finds the August 12, 2026, Order to Show Cause (ECF 47) satisfied.

Parties are directed to file their respective Rule 56.1 Statements by **September 4, 2026.** This means that the parties must meet and confer sufficiently in advance so that the parties' 56.1 Statements comply with Local Rule 56.1(e).

If the parties request supplemental briefing or wish to withdraw and re-file their summary judgment motion(s), they should file a proposed briefing schedule by **September 9, 2026**.

**SO ORDERED.**

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge

Dated: August 18, 2026
New York, New York